IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARLIZ DE LA CRUZ-HERNANDEZ,

  **Plaintiff,**

          v.                                                CIVIL NO. 23-1162 (JAG)

RIMAS ENTERTAINMENT, LLC, *et al.*,

  **Defendants.**

## JUDGMENT

GARCIA-GREGORY, D.J.

    Pursuant to this Court's Memorandum and Order, Docket No. 58, Judgment is hereby entered REMANDING this case to the Court of First Instance of the Commonwealth of Puerto Rico, San Juan, for further proceedings. The case is now closed for statistical purposes.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this Monday, April 01, 2024.


                                                    s/ Jay A. Garcia-Gregory
                                                    JAY A. GARCIA-GREGORY
                                                    United States District Judge