## UNITED STATES DISTRICT COURT
**DISTRICT OF PUERTO RICO**
**FEDERICO DEGETAU FEDERAL BLDG. - RM. 150**
**CARLOS CHARDON AVE.**
**HATO REY, PUERTO RICO 00918-1767**

ADA I. GARCIA-RIVERA
    CLERK

TEL (787) 772-3074
FAX (787) 772-3077

April 2, 2024

Clerk of Court
Puerto Rico Court of First Instance
San Juan Division
P.O. Box 190887
San Juan, PR. 00919-0887

**Re:** De La Cruz-Hernandez v. Rimas Entertainment, LLC et al
**Our Case: Civil Case 23-01162-JAG**
**Your Case:** SJ2023CV01925

Dear Clerk:

    In accordance with the Remand Order entered by U.S. District Judge Laura Taylor Swain, in the above entitled case, we include the following documents:

1. Certified copy of Memorandum and Order to Remand. (docket #58 in the Civil Case).
2. Certified copy of Judgment to Remand. (docket #60 in the Civil Case)
3. Certified copy of docket sheet of Civil Case.

    Kindly acknowledge receipt on the copy attached herewith.

Very truly yours,

ADA I. GARCIA-RIVERA
Clerk of Court

By: <u>Marie Gonzalez-Rodriguez</u>
       Deputy Clerk